W. E. BARKER AND WIFE, NANCY J. BARKER, v. ALARKA LUMBER COMPANY AND ALARKA VALLEY RAILWAY COMPANY.

(Filed 19 September, 1934.)

CIVIL ACTION, before *McElroy, J.,* at March Term, 1934, of SWAIN.

This was an action of ejectment, tried upon the following issues:

1. "Are the plaintiffs the owners of and entitled to the possession of the lands described in their complaint?"

2. "Did the defendant Alarka Lumber Company wilfully trespass upon said lands?"

3. "Did the defendant Alarka Valley Railway Company wilfully commit trespass upon said lands?"  ·

4. "What amount of damages, if any, are the plaintiffs entitled to recover?"

The jury answered the first three issues "Yes," and the fourth issue "$75.00."

From judgment upon the verdict the defendants appealed.

*Edwards & Leatherwood for plaintiffs.*
*Moody & Moody for defendants.*

PER CURIAM. The evidence discloses issues of fact which have been determined by the jury adversely to the contentions of defendants. No prejudicial or reversible error is perceived.

No error.

C. S. LEWIS AND J. M. BROWN AND O. W. BROWN, ADMINISTRATOR OF THE ESTATE OF J. M. BROWN, DECEASED, DOING BUSINESS AS BROWN & LEWIS, v. C. C. FRYE AND C. F. GARNER, DOING BUSINESS AS FRYE & GARNER.

(Filed 19 September, 1934.)

**Appeal and Error L d—**

Where it is determined on appeal that a cause of action is stated and that the evidence should be submitted to the jury, the question is *res judicata* upon a subsequent appeal upon substantially similar evidence.

SCHENCK, J., took no part in the consideration or decision of this case.

CIVIL ACTION, before *Stack, J.,* at September Term, 1933, of MOORE.

This action was originally tried in the Superior Court and nonsuited, as will appear by reference to *Lewis v. Archbell,* 199 N. C., 205, 154